Scott A. THORNTON, Plaintiff–Appellant,

v.

OMNI GLASS AND PAINT, INCORPORATED, Defendant–Appellee.

No. 04–1219.

United States Court of Appeals, Seventh Circuit.

Submitted May 25, 2004.[*]

Decided May 26, 2004.

Before BAUER, EASTERBROOK, and WILLIAMS, Circuit Judges.

**ORDER**

Scott Thornton sued his former employer, Omni Glass and Paint, alleging a bizarre conspiracy in which Omni hired a group of people called "Devine Intervention" to drug him and "extract his DNA" in an attempt to imprison him "through the revocation of [his] probation." The district court dismissed Thornton's complaint for lack of subject matter jurisdiction because Thornton failed to show that his claim was based on federal law or involved a dispute between citizens of dif-

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

ferent states. *See* 28 U.S.C. §§ 1331, 1332.

The district court was correct. A frivolous suit can be dismissed for lack of subject matter jurisdiction if the factual circumstances alleged in the complaint cannot constitute a violation of federal law. *United Phosphorus, Ltd. v. Angus Chem. Co.*, 322 F.3d 942, 950 (7th Cir.2003) (en banc). Thornton's allegations are nonsensical and frivolous, so there can be no basis for jurisdiction. *See Williams v. Aztar Ind. Gaming Corp.*, 351 F.3d 294, 299–300 (7th Cir.2003).

AFFIRMED.